IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 07-30006-GPM |
| VICKY LIEFER, | ) |
| Defendant. | ) Title 29, U.S.C. § 501(c) |

**FILED**
JAN 1 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

**EMBEZZLEMENT OF LABOR UNION ASSETS**

From on or about March 2006 and continuing through in or about August 2006, in Monroe County, within the Southern District of Illinois,

**VICKY LIEFER,**

defendant herein, while an officer, that is Financial Secretary of the United Mine Workers Local 1458, of a labor organization engaged in an industry affecting commerce, did embezzle and unlawfully and willfully abstract and convert to her own use the funds and assets of the United Mine Workers Local 1458 union in the approximate amount of $5,019.50.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

_____
FOREPERSON

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: $25,000 unsecured